# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEBRA D.G., <br><br> Plaintiff, <br> v. <br><br> NANCY A. BERRYHILL, acting Commissioner of the Social Security Administration, <br><br> Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br> Case No. 2:17-cv-1229-DB <br><br> District Judge Dee Benson <br><br> Magistrate Judge Brooke Wells |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brook Wells on October 15, 2018, recommending that Defendant's Motion to Dismiss [ECF No. 9] be granted.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Court hereby GRANTS Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Signed November 13, 2018.

BY THE COURT

_____
United States District Judge Dee Benson